# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> SCOTT BRAITHWAITE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> STATE OF KANSAS, ) <br> JOHNSON COUNTY DISTRICT COURT, ) <br> SHAWNEE COUNTY DISTRICT COURT, ) <br> OFFICE OF KANSAS ATTORNEY GENERAL,) <br> KANSAS DEPARTMENT FOR CHILDREN ) <br>  AND FAMILIES, ) <br> KANSAS HIGHWAY PATROL, ) <br> FEDERAL BUREAU OF INVESTIGATION, ) <br> CITY OF OLATHE, ) <br> OLATHE POLICE DEPARTMENT, ) <br> OLATHE PUBLIC LIBRARY, ) <br> CITY OF LENEXA, ) <br> LENEXA POLICE DEPARTMENT, ) <br> CITY OF KANSAS CITY, KANSAS, ) <br> KANSAS CITY POLICE DEPARTMENT, ) <br> CITY OF TOPEKA, ) <br> TOPEKA POLICE DEPARTMENT, ) <br> JOHNSON COUNTY KANSAS ) <br>  GOVERNMENT, ) <br> JOHNSON COUNTY DISTRICT ) <br>  ATTORNEY'S OFFICE, ) <br> JOHNSON COUNTY MENTAL HEALTH, ) <br> UNIFIED GOVERNMENT OF ) <br>  WYANDOTTE COUNTY, KANSAS, ) <br> WYANDOTTE COUNTY DISTRICT ) <br>  ATTORNEY'S OFFICE, ) <br> SHAWNEE COUNTY KANSAS ) <br>  GOVERNMENT, ) <br> SHAWNEE COUNTY DISTRICT ) <br>  ATTORNEY'S OFFICE, ) <br> SHAWNEE COUNTY SHERIFF ) <br>  DEPARTMENT, ) <br> METROPOLITAN ORGANIZATION TO ) <br>  COUNTER SEXUAL ASSAULT, ) <br> DARRELL LEE SMITH, ) <br> TAI J. VOKINS, ) | CIVIL ACTION <br><br> No. 19-cv-2265-KHV |

**SANDY MAY BRAITHWAITE** )
 (*a/k/a Sandy May Hansen*), )
)
        **Defendants.** )
)

## JUDGMENT IN A CIVIL CASE

**( )**    **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )**    **DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the <u>Memorandum And Order</u> (Doc. # 6) filed February 20, 2020, this action is **DISMISSED WITHOUT PREJUDICE.**

Dated: 2/20/2020                   TIMOTHY M. O'BRIEN, CLERK

                                    <u>s/ Andrea Schreyer</u>
                                    Deputy Clerk